Civil Action No. 24-1070

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney's Office for the District of Columbia
was received by me on *(date)* April 17, 2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Via electronic mail to USADC.ServiceCivil@usdoj.gov .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: April 29, 2024

*Venetia Resciniti*
*Server's signature*

Venetia Resciniti - paralegal
*Printed name and title*

611 Pennsylvania Ave SE #231
Washington, DC 20003
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset



# AFL v. IRS et al., 1:24-cv-01070-RDM

**USADC-ServiceCivil** &lt;USADC.ServiceCivil@usdoj.gov&gt;  Fri, Apr 19, 2024 at 6:30 PM
To: Michael Ding &lt;michael.ding@aflegal.org&gt;

Your service package has been received and accepted with a service date of April 17, 2024.  Thank you.

**From:** Michael Ding &lt;michael.ding@aflegal.org&gt;
**Sent:** Wednesday, April 17, 2024 3:55 PM
**To:** USADC-ServiceCivil &lt;USADC-ServiceCivil@usa.doj.gov&gt;
**Subject:** [EXTERNAL] AFL v. IRS et al., 1:24-cv-01070-RDM

Good afternoon,

Attached, please find a summons package for AFL v. IRS et al., 1:24-cv-01070-RDM

Please provide an acknowledgment of receipt.

Thank you,

Michael Ding
America First Legal Foundation