IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE and<br>DEPARTMENT OF THE TREASURY,<br><br>Defendants. | Case No. 1:24-cv-01070-RMD |

## ANSWER

Defendants, Internal Revenue Service (IRS) the Department of the Treasury (Treasury), through the unsigned counsel, answers the Plaintiff's complaint as follows:

1. Admits.

### JURISDICTION AND VENUE

2. The allegations contained in paragraph two contain legal conclusions for which no response is required. To the extent a response is required, the Defendants admit the first sentence contained in paragraph two and denies the second sentence contained in paragraph two.

3. The allegation contained in paragraph three contains a legal conclusion for which no response is required. To the extent a response is required, Defendants admit.

### PARTIES

4. Admits.

5. Admits.

6. Admits.

7. Defendants lack knowledge to admit or deny the allegations contained in the complaint.

1

8. Admits.

9. Admits.

10. Admits.

11. Admits.

12. Admits.

13. Admits.

14. Defendants admit the quoted language appears in the cited document but denies the remaining allegations contained in the paragraph.

15. Admits.

16. Denies.

17. Admits.

18. Admits.

19. Admits.

20. Admits.

21. Admits.

22. Admits.

23. Admits.

24. Admits.

25. Admits.

26. Admits.

27. Defendants admit that the words in quote appear in the source cited in paragraph twenty-seven and lack sufficient information or knowledge to admit or deny the remaining allegations contained in the paragraph.

## AFL'S FOIA REQUEST

28. Admits that on or around February 21, 2023 AFL submitted a FOIA request to the defendants but denies the remaining allegations. Defendants directs the Court's attention to Exhibit 1 of the Complaint as it is the FOIA request and describes the records Plaintiff seeks.

29. Admits.

30. Admits.

*Department of the Treasury*

31. Treasury admits. The IRS lacks sufficient information or knowledge to admit or deny the allegations contained in the paragraph.

32. Treasury admits. The IRS lacks sufficient information or knowledge to admit or deny the allegations contained in the paragraph.

*IRS*

33. IRS admits. Treasury lacks sufficient information or knowledge to admit or deny the allegations contained in the paragraph.

34. IRS admits. Treasury lacks sufficient information or knowledge to admit or deny the allegations contained in the paragraph.

35. IRS admits. Treasury lacks sufficient information or knowledge to admit or deny the allegations contained in the paragraph.

36. IRS admits. Treasury lacks sufficient information or knowledge to admit or deny the allegations contained in the paragraph.

37. IRS admits. Treasury lacks sufficient information or knowledge to admit or deny the allegations contained in the paragraph.

38. IRS admits. Treasury lacks sufficient information or knowledge to admit or deny the allegations contained in the paragraph.

## CLAIM FOR RELIEF

### Violation of the FOIA, 5 U.S.C. § 552

39. Defendants repeat paragraphs 1-38.

40. The allegations contained in paragraph forty contain a legal conclusion for which no response is required. To the extent that a response is required, the Defendants deny.

41. Denies.

42. Denies.

43. The allegation contained in paragraph forty-three contains a legal conclusion for which no response is required. To the extent that a response is required, Defendants admit.

44. The allegation contained in paragraph forty-four contains a legal conclusion for which no response is required. To the extent that a response is required, Defendants admit.

45. Denies.

### FIRST DEFENSE

Plaintiff is not entitled to relief beyond what the FOIA and decisional law permit; records or portions of records are protected from disclosure by one or more exemptions or exclusions to the FOIA.

### SECOND DEFENSE

Plaintiff has failed to describe the requested records with sufficient particularity as required by the FOIA.

### THIRD DEFENSE

Plaintiff's FOIA request is overly broad and unduly burdensome.

## FOURTH DEFENSE

Plaintiff may not be eligible for attorney's fees or costs; is not entitled to attorneys' fees or cost in accordance with 5 U.S.C. § 552(a)(4)(A)(iii).

## FIFTH DEFENSE

The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Date: May 17, 2024                           */s/ Stephanie Sasarak*
                                             STEPHANIE SASARAK
                                             Trial Attorney, Tax Division
                                             U.S. Department of Justice
                                             P.O. Box 227
                                             Washington, DC  20044
                                             Telephone: (202) 307-2089
                                             Fax: (202) 514-6866
                                             Stephanie.A.Sasarak@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on May 17, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve counsel for the plaintiff.

                                                    /s/ Stephanie Sasarak
                                                    STEPHANIE SASARAK
                                                    Trial Attorney, Tax Division
                                                    U.S. Department of Justice