IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE and ) <br> DEPARTMENT OF THE TREASURY, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:24-cv-01070-RMD |

**JOINT STATUS REPORT**

Pursuant to the Court's May 20, 2024 Minute Order, the parties jointly report the following:

1. By letter dated February 21, 2023, Plaintiff submitted a Freedom of Information Act ("FOIA") request to the Department of Treasury ("Treasury") and the Internal Revenue Service "(IRS") seeking records related to tax policy actions taken in response to Executive Order 13985, signed by President Biden on January 20, 2021. The FOIA request at issue identified specific custodians and custodians identified by pay grade, as well as search terms the Plaintiff requested the Defendants use to conduct the search for any responsive records. The FOIA request is attached Ex. 1 to the Compliant. (ECF No. 1-1).

2. The Court's Minute Order, the parties conferred on June 18, 2024. The Minute Order requested the parties address three specific items.

   i. **Whether any documents still to be produced pursuant to FOIA:** Both the IRS and Treasury anticipate releasing responsive records if they are non-exempt.

1

a. **IRS:** The IRS will release its first batch of records on June 21, 2024. However, searching for records based on pay grade as identified in the request would result in over 200 custodians. The IRS cannot conduct a global search of custodians so each custodians' records must be manually searched. The parties are working in good faith to narrow the custodians. The parties agree the IRS will search seven executives in its RAAS Division. The parties will continue to confer regarding whether any other custodians should be included to comply with the FOIA.

b. **Treasury:** Unlike the IRS, Treasury can run a global search on custodians. It ran the search using the terms and custodians specifically requested by the FOIA request. That search resulted in about 5 million pages of potentially responsive records. Treasury removed certain non-responsive records such as non-responsive agency-wide emails, duplicates, news blasts and spam which narrowed the batch of records to about 400,000 pages of records. Based on its preliminary review, Treasury believes that many pages are non-responsive and it would take several years to review a cache of records this large. From this large batch Treasury believes it has identified a much smaller number of records that appears to respond to the FOIA request. It will review those records and release any non-exempt, responsive records by July 22, 2024. After Plaintiff has had an opportunity to review those records, the parties will confer regarding

whether more targeted search terms can be identified to better identify records responsive to the FOIA request.

ii. **Anticipated schedule for processing and producing any such documents:** Once the searches can be tailored to the needs of this case, the parties agree that the Defendants will release records on a monthly rolling basis.

iii. **Any substantive areas of disagreement between the parties:** Whether any substantive disagreement between the parties remains is unknown until all searches are complete, and responsive records are processed. The parties will work together in good faith to resolve any outstanding issues.

3. The parties will file joint status report on July 22, 2024 to report the status of the search, and whether any further proceedings are necessary.

Date: June 20, 2024

| | |
|---|---|
| */s/ Stephanie Sasarak* | */s/ Michael Ding* |
| STEPHANIE SASARAK | Michael Ding (D.C. Bar No. 1027252) |
| Trial Attorney, Tax Division | Jacob Meckler (D.C. Bar No. 90005210) |
| U.S. Department of Justice | (972) 861-2132 |
| P.O. Box 227 | Michael.Ding@aflegal.org |
| Washington, DC  20044 | Jacob.Meckler@aflegal.org |
| Telephone: (202) 307-2089 | AMERICA FIRST LEGAL FOUNDATION |
| Fax: (202) 514-6866 | 611 Pennsylvania Avenue SE #231 |
| Stephanie.A.Sasarak@usdoj.gov | Washington, D.C. 20003 |
| | |
| *Counsel for the Defendants* | *Counsel for the Plaintiff* |

## **CERTIFICATE OF SERVICE**

I certify that on June 20, 2024, I filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, which will serve counsel for the plaintiff.

>*/s/ Stephanie Sasarak*
>STEPHANIE SASARAK
>Trial Attorney, Tax Division
>U.S. Department of Justice