IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE and ) <br> DEPARTMENT OF THE TREASURY, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:24-cv-01070-RMD |

**JOINT STATUS REPORT**

Pursuant to the Court's June 28, 2024 Minute Order, the parties jointly report the following:

1. By letter dated February 21, 2023, Plaintiff submitted a Freedom of Information Act ("FOIA") request to the Department of Treasury ("Treasury") and the Internal Revenue Service "(IRS") seeking records related to tax policy actions taken in response to Executive Order 13985, signed by President Biden on January 20, 2021. The FOIA request at issue identified specific custodians and custodians identified by pay grade, as well as search terms the Plaintiff requested the Defendants use to conduct the search for any responsive records. The FOIA request is attached Ex. 1 to the Compliant. (ECF No. 1-1).

**I.   Status of the IRS's search and release of non-exempt, responsive records**

2. The IRS produced non-exempt, responsive records to Plaintiff on June 21, 2024, and July 22, 2024.

3. The IRS's search for responsive records is still ongoing and being negotiated between the parties. Consistent with the parties' June 20, 2024 Status Report, the IRS has conducted a search for potentially responsive records of seven executives located in the IRS's

1

RAAS Division. Those documents are in the process of being uploaded to the IRS's review platform, Relativity. The IRS will review this cache of records for responsiveness and applicable exemptions, and make its first release of any responsive records that are not exempt from disclosure on or before August 21, 2024.

4. As part of the parties narrowing the scope of custodians to search under Part III of the Request, the Plaintiff requested that the IRS determine how many RAAS employees are employed at the GS-15 level on the General Schedule pay scale. The IRS identified 76 potential records custodians employed at the GS-15 level. Because the IRS cannot conduct a global search of each custodian, the IRS will have each individual potential custodian conduct a manual search. This will help the IRS to determine the feasibility of searching all GS-15 employees in RAAS, and to estimate how many potentially responsive records this search will identify. The parties will continue to confer in good faith regarding the search of the GS-15 employees.

## II. Status of Treasury's search and release of non-exempt, responsive records

5. Consistent with parties' June 20, 2024 Joint Status Report, on July 22, 2024, Treasury released its first batch of non-exempt responsive records. On the same day, it has also provided to Plaintiff a proposed list of new search terms to help better target its search for potentially responsive records, based on its review of the records. After the Plaintiff has reviewed the records, the parties will confer in good faither regarding search terms.

6. The parties will file joint status report on August 22, 2024, to report the status of the search, and whether any further proceedings are necessary.

Date: July 22, 2024

| | |
|---|---|
| */s/ Stephanie Sasarak* | */s/ Michael Ding* |
| STEPHANIE SASARAK | Michael Ding (D.C. Bar No. 1027252) |
| Trial Attorney, Tax Division | Jacob Meckler (D.C. Bar No. 90005210) |
| U.S. Department of Justice | (972) 861-2132 |
| P.O. Box 227 | Michael.Ding@aflegal.org |
| Washington, DC  20044 | Jacob.Meckler@aflegal.org |
| Telephone: (202) 307-2089 | AMERICA FIRST LEGAL FOUNDATION |
| Fax: (202) 514-6866 | 611 Pennsylvania Avenue SE #231 |
| Stephanie.A.Sasarak@usdoj.gov | Washington, D.C. 20003 |
| | |
| *Counsel for the Defendants* | *Counsel for the Plaintiff* |

4

## **CERTIFICATE OF SERVICE**

I certify that on June 22, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve counsel for the plaintiff.

                                      */s/ Stephanie Sasarak*
                                      STEPHANIE SASARAK
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice