IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICA FIRST LEGAL FOUNDATION,　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
INTERNAL REVENUE SERVICE and　　　　)
DEPARTMENT OF THE TREASURY,　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　　　　　)
_____)

Case No. 1:24-cv-01070-RMD

**JOINT STATUS REPORT**

Pursuant to the Court's June 28, 2024 Minute Order, the parties jointly report the following:

1.　　　By letter dated February 21, 2023, Plaintiff submitted a Freedom of Information Act ("FOIA") request to the Department of Treasury ("Treasury") and the Internal Revenue Service "(IRS") seeking records related to tax policy actions taken in response to Executive Order 13985, signed by President Biden on January 20, 2021. The FOIA request at issue identified specific custodians and custodians identified by pay grade, as well as search terms the Plaintiff requested the Defendants use to conduct the search for any responsive records. The FOIA request is attached Ex. 1 to the Compliant. (ECF No. 1-1).

2.　　　Since the last joint status report on July 22, 2024 (ECF No. 13), the Parties have made some progress in its joint effort to narrow the search. For example, the Parties have agreed that attachments to emails will be reviewed only if Plaintiff specifically request either the IRS or Treasury to review the attachment. This is mutually beneficial as it reduces the number of records the agencies must review while also allowing the Plaintiff to focus on the records it is

most interested in receiving. The Parties agree that the Plaintiff is not waiving its right to request

that the attachment be reviewed and released to the extent that it is non-exempt.

3.     As described below, both IRS and Treasury have unique issues with conducting a

broad search but wish to continue to work with the Plaintiff to reach an agreement regarding the

scope of the search.

**I.     Status of the IRS's search and release of non-exempt, responsive records**

4.     The IRS has made monthly productions of records and will continue to review

and release non-exempt records while the parties continue to negotiate other means to narrow

Part III of the FOIA request.

5.     Consistent with the parties' July 22, 2024 Status Report, the IRS has conducted a

search for potentially responsive records of seven executives located in the IRS's RAAS

Division. The IRS has reviewed and released all non-exempt records for five of the seven RAAS

executives. Two of the RAAS executive's searches were delayed because of technical issues that

have now been resolved. The IRS is reviewing those records for responsiveness and release to

the extent that they are non-exempt.

6.     As reported in last month's status report, the IRS identified 76 potential records

custodians employed at the GS-15 level that are subject to Part III of the FOIA request. Because

of the volume of custodians, the IRS began searching a seven-person sample of these custodians.

Theses employees were chosen at random but also chose to ensure at least one employee from

each job title held by a RAAS GS-15 employee was searched. This sample will help to determine

the feasibility of searching all GS-15 employees in RAAS, to help narrow potential custodians,

and to estimate how many potentially responsive records this search will identify. The parties

will continue to confer in good faith regarding the search of the GS-15 employees.

II.     **Status of Treasury's search and release of non-exempt, responsive records**

7.      As noted in the parties' June 20, 2024 joint status report (ECF No. 12), Treasury identified about 400,000 pages of records. Treasury believes most of those records are non-responsive. From this large batch, the Treasury identified a smaller subset of records that it began to process so the parties may be able to jointly identify more targeted search terms based on information gleaned from these records.

8.      On July 22, 2024, Treasury released its first batch of non-exempt responsive records, and is prepared to release another batch by the end of the month.

9.      The parties have not reached an agreement on more narrow search terms but will continue to review responsive records to identify more targeted terms.

10.     The parties will file joint status report on October 22, 2024, to report the status of the search, and whether any further proceedings are necessary.

Date: August 22, 2024

| | |
|---|---|
| */s/ Stephanie Sasarak* | */s/ Michael Ding* |
| STEPHANIE SASARAK | Michael Ding (D.C. Bar No. 1027252) |
| Trial Attorney, Tax Division | Jacob Meckler (D.C. Bar No. 90005210) |
| U.S. Department of Justice | (972) 861-2132 |
| P.O. Box 227 | Michael.Ding@aflegal.org |
| Washington, DC  20044 | Jacob.Meckler@aflegal.org |
| Telephone: (202) 307-2089 | AMERICA FIRST LEGAL FOUNDATION |
| Fax: (202) 514-6866 | 611 Pennsylvania Avenue SE #231 |
| Stephanie.A.Sasarak@usdoj.gov | Washington, D.C. 20003 |
| | |
| *Counsel for the Defendants* | *Counsel for the Plaintiff* |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 22, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve counsel for the Plaintiff.

*/s/ Stephanie Sasarak*
STEPHANIE SASARAK
Trial Attorney, Tax Division
U.S. Department of Justice