IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE and<br>DEPARTMENT OF THE TREASURY,<br><br>Defendants. | Case No. 1:24-cv-01070-RMD |

**JOINT STATUS REPORT**

The parties jointly report the following:

1. By letter dated February 21, 2023, Plaintiff submitted a Freedom of Information Act ("FOIA") request to the Department of Treasury ("Treasury") and the Internal Revenue Service "(IRS") seeking records related to tax policy actions taken in response to Executive Order 13985, signed by President Biden on January 20, 2021. The FOIA request at issue identified specific custodians and custodians identified by pay grade, as well as search terms the Plaintiff requested the Defendants use to conduct the search for any responsive records. The FOIA request is attached Ex. 1 to the Compliant. (ECF No. 1-1).

**I.   Status of the IRS's search and release of non-exempt, responsive records**

2. The IRS has made monthly productions of records and will continue to review and release non-exempt records while the parties continue to negotiate other means to narrow Part III of the FOIA request.

3. Consistent with the parties' July 22, 2024 Status Report, the IRS has conducted a search for potentially responsive records of seven executives employed in the IRS's Research

1

Applied Analytics and Statistics (RAAS) Division. The IRS has reviewed and released all non-exempt records from all seven RAAS executives.

4. As previously reported, the IRS identified and provided a list to Plaintiff of the names of 76 potential records custodians employed at the GS-15 level that are subject to Part III of the FOIA request. Because of the volume of custodians, the IRS began searching a seven-person sample of these custodians. The IRS has reviewed and released all responsive, non-exempt records from the seven-person sample. These employees were chosen at random but also chose to ensure at least one employee from each job title held by a RAAS GS-15 employee was searched. This sample will help to determine the feasibility of searching all GS-15 employees in RAAS, to help narrow potential custodians, and to estimate how many potentially responsive records this search will identify.

5. The IRS reviewed the records that came from the executives. It then cross-referenced those responsive records with the list of 76 GS-15 employees and gathered records from those employees that appeared in both the GS-15 list and responsive records from the IRS RAAS executives. The IRS has reviewed some of these cross-referenced custodians for responsive records and have release any non-exempt records. From this batch of potential custodians, only five employees' records are still being reviewed.

6. In total, the IRS has search records from 23 RAAS custodians. Once the IRS has completed the final review of the cross-referenced GS-15 employees, the parties will meet and confer to regarding the status of this search.

II.     **Status of Treasury's search and release of non-exempt, responsive records**

7. As noted in the parties' June 20, 2024 joint status report (ECF No. 12), Treasury identified about 400,000 pages of records. Treasury believes most of those records are non-

responsive. From this large batch, the Treasury identified a smaller subset of records that it began to process so it may be able to identify more targeted search terms based on information gleaned from these records.

8. Based on its review of the records, Treasury narrowed the pool by including additional search terms. Using additional terms from the prior records, it was able to narrow the pool further. It has identified 98,478 pages of potentially responsive records. Based on a preliminary review of this subset, Treasury estimates that about two-thirds are not responsive, consisting of drafts of bills unrelated to the FOIA request but happens be pulled based on a search term appearing in the records. Excluding those, Treasury estimates that it has about 35,000 pages of potentially responsive records to review.

9. Treasury made its last production on October 11, 2024. It will continue to make monthly rolling productions.

10. The parties will file joint status report on December 19, 2024, to report the status of the search, and whether any further proceedings are necessary.

Date: October 22, 2024

| | |
|---|---|
| */s/ Stephanie Sasarak* | */s/ Michael Ding* |
| STEPHANIE SASARAK | Michael Ding (D.C. Bar No. 1027252) |
| Trial Attorney, Tax Division | Jacob Meckler (D.C. Bar No. 90005210) |
| U.S. Department of Justice | (972) 861-2132 |
| P.O. Box 227 | Michael.Ding@aflegal.org |
| Washington, DC 20044 | Jacob.Meckler@aflegal.org |
| Telephone: (202) 307-2089 | AMERICA FIRST LEGAL FOUNDATION |
| Fax: (202) 514-6866 | 611 Pennsylvania Avenue SE #231 |
| Stephanie.A.Sasarak@usdoj.gov | Washington, D.C. 20003 |
| | |
| *Counsel for the Defendants* | *Counsel for the Plaintiff* |

**CERTIFICATE OF SERVICE**

    I certify that on Ocotber 22, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve counsel for the Plaintiff.

                                            */s/ Stephanie Sasarak*
                                            STEPHANIE SASARAK
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice