IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE and<br>DEPARTMENT OF THE TREASURY,<br><br>Defendants. | Case No. 1:24-cv-01070-RMD |

**JOINT STATUS REPORT**

Pursuant to the Court's June 28, 2024 Minute Order, the parties jointly report the following:

1.  By letter dated February 21, 2023, Plaintiff submitted a Freedom of Information Act ("FOIA") request to the Department of Treasury ("Treasury") and the Internal Revenue Service "(IRS") seeking records related to tax policy actions taken in response to Executive Order 13985, signed by President Biden on January 20, 2021. The FOIA request at issue identified specific custodians and custodians identified by pay grade, as well as search terms the Plaintiff requested the Defendants use to conduct the search for any responsive records. The FOIA request is attached Ex. 1 to the Complaint. (ECF No. 1-1).

2.  Since the last joint status report on July 22, 2024 (ECF No. 13), the Parties have made some progress in their joint effort to narrow the search. For example, the Parties have agreed that attachments to emails will be reviewed only if Plaintiff specifically request either the IRS or Treasury to review the attachment. This is mutually beneficial as it reduces the number of records the agencies must review while also allowing the Plaintiff to focus on the records it is

1

most interested in receiving. The Parties agree that the Plaintiff is not waiving its right to request that the attachment be reviewed and released to the extent that it is non-exempt.

3. As described below, both IRS and Treasury have unique issues with conducting a broad search but wish to continue to work with the Plaintiff to reach an agreement regarding the scope of the search.

**I.   Status of the IRS's search and release of non-exempt, responsive records**

4. As noted in the parties October 22, 2024 Joint Status Report, the IRS has searched the records of 23 RAAS custodians. ECF No. 15 at ¶¶ 3-6.

5. The IRS is still reviewing the records located. From the 23 RAAS employees, the IRS is still reviewing potentially responsive records from one custodian, and it is still reviewing records from one custodian from the IRS Commissioner's office.

6. It made its last release of records responsive to the FOIA request on December 18, 2024, and it will continue to make monthly rolling productions.

**II.   Status of Treasury's search and release of non-exempt, responsive records**

7. Treasury made its latest release on November 22, 2024. It estimates that there are about 5,000 pages of records to be reviewed.

8. Treasury anticipates releasing records on or before December 23, 2024, and will continue to make monthly rolling productions.

*(Signatures on next page)*

Date: December 19, 2024

| | |
|---|---|
| */s/ Stephanie Sasarak* | */s/ Michael Ding* |
| STEPHANIE SASARAK | Michael Ding (D.C. Bar No. 1027252) |
| Trial Attorney, Tax Division | Jacob Meckler (D.C. Bar No. 90005210) |
| U.S. Department of Justice | (972) 861-2132 |
| P.O. Box 227 | Michael.Ding@aflegal.org |
| Washington, DC 20044 | Jacob.Meckler@aflegal.org |
| Telephone: (202) 307-2089 | AMERICA FIRST LEGAL FOUNDATION |
| Fax: (202) 514-6866 | 611 Pennsylvania Avenue SE #231 |
| Stephanie.A.Sasarak@usdoj.gov | Washington, D.C. 20003 |
| | |
| *Counsel for the Defendants* | *Counsel for the Plaintiff* |

**CERTIFICATE OF SERVICE**

I certify that on December 19, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve counsel for the Plaintiff.

*/s/ Stephanie Sasarak*
STEPHANIE SASARAK
Trial Attorney, Tax Division
U.S. Department of Justice
