IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, | )<br>)  Case No. 1:24-cv-01070-RMD<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| INTERNAL REVENUE SERVICE and DEPARTMENT OF THE TREASURY, | )<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

It is respectfully requested that the Clerk of the Court please withdraw the appearance of Michael Ding as counsel for the Plaintiff in the above-captioned case. Undersigned counsel has accepted a position outside of America First Legal Foundation

DATED: March 7, 2025

Respectfully submitted,

/s/ Michael Ding
MICHAEL DING
D.C. Bar No. 1027252
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
Tel.: (202) 964-3721
Email: michael.ding@aflegal.org

Jacob Meckler (D.C. Bar No. 90005210)
Tel: (202) 964-3721
E-mail: Jacob.Meckler@aflegal.org
AMERICA FIRST LEGAL FOUNDATION 611 Pennsylvania Avenue SE #231
Washington, D.C. 20003

*Counsel for America First Legal Foundation*

1