IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE and ) <br> DEPARTMENT OF THE TREASURY, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:24-cv-01070-RMD |

**JOINT STATUS REPORT**

Pursuant to the Court's June 28, 2024 Minute Order, the parties jointly report the following:

1. By letter dated February 21, 2023, Plaintiff submitted a Freedom of Information Act ("FOIA") request to the Department of Treasury ("Treasury") and the Internal Revenue Service "(IRS") seeking records related to tax policy actions taken in response to Executive Order 13985, signed by President Biden on January 20, 2021. The FOIA request at issue identified specific custodians and custodians identified by pay grade, as well as search terms the Plaintiff requested the Defendants use to conduct the search for any responsive records. The FOIA request is attached Ex. 1 to the Complaint. (ECF No. 1-1).

**I.  Status of the IRS's search and release of non-exempt, responsive records**

2. The IRS has completed its search of custodians identified in prior status reports and believes it has released all relevant non-exempt records to the Plaintiff.

3. Through counsel, the IRS will provide to Plaintiff more detailed information regarding which custodians were searched, and statistical data about the number of records each custodian maintained. It expects to provide that information to Plaintiff by March 28, 2025.

4. After Plaintiff has had a chance to review this information, the parties will meet and confer regarding the IRS portion of the request to either determine whether any issues remain, or to work together in good faith to narrow any remaining issues.

## II. Status of Treasury's search and release of non-exempt, responsive records

5. Treasury made its latest release on February 21, 2025.

6. As of February 25, 2025, Treasury estimates that there are about 2,700 pages of records to be reviewed.

7. Treasury anticipates releasing records on or before March 21, 2025, and will continue to make monthly rolling productions.

Date: March 21, 2025

*/s/ Stephanie Sasarak*
STEPHANIE SASARAK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC  20044
Telephone: (202) 307-2089
Fax: (202) 514-6866
Stephanie.A.Sasarak@usdoj.gov

*Counsel for the Defendants*

*/s/ Jacob Meckler*
Jacob Meckler (D.C. Bar No. 90005210)
(972) 861-2132
Jacob.Meckler@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 21, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve counsel for the Plaintiff.

*/s/ Stephanie Sasarak*
STEPHANIE SASARAK
Trial Attorney, Tax Division
U.S. Department of Justice
