IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, ) | |
| ) | Case No. 1:24-cv-01070-RMD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNAL REVENUE SERVICE and ) | |
| DEPARTMENT OF THE TREASURY, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 21, 2025 Minute Order, the parties jointly report the following:

1. By letter dated February 21, 2023, Plaintiff submitted a Freedom of Information Act ("FOIA") request to the Department of Treasury ("Treasury") and the Internal Revenue Service "(IRS") seeking records related to tax policy actions taken in response to Executive Order 13985, signed by President Biden on January 20, 2021. The FOIA request at issue identified specific custodians and custodians identified by pay grade, as well as search terms the Plaintiff requested the Defendants use to conduct the search for any responsive records. The FOIA request is attached as Ex. 1 to the Complaint. (ECF No. 1-1).

**I. Status of the IRS's search and release of non-exempt, responsive records**

2. The IRS completed its release of records.

3. On March 31, 2025, counsel for the IRS provided Plaintiff's counsel with information about how it conducted its search for records in the IRS's Research and Applied Analytics and Statistics (RAAS) office. In summary, because the FOIA request seeks implementation of a policy under an executive order, the IRS conducted a top-down search.

1

First, it searched all the RAAS executives; then it conducted a sampling of RAAS employees paid at the 15 level of the General Schedule ("GS-15") government pay scale (one employee per job title); and then it searched any RAAS employees that were copied on the responsive emails of the executives to the extent not already part of the GS-15 sample.

4. In total, 23 RAAS custodians were searched. The IRS's top-down search for records related to a FOIA request seeking information about implementing a policy stated by an EO returned 401 records out of 347,367 total records captured (or .1%).

5. The IRS believes it has met its obligations to conduct an adequate search for responsive records.

## II. Status of Treasury's search and release of non-exempt, responsive records

6. Treasury will make a monthly rolling release on or before the 30th of each month.

7. Treasury anticipates that it will make its last rolling release on or before June 30, 2025.

## III. Further Proceedings

8. Once Plaintiff has had a chance to review the all the records after the final release, the parties will meet and confer regarding any necessary further proceedings.

9. The parties propose filing a joint status report on or before July 28, 2025.

*(Signatures on next page)*

Date: May 14, 2025

| | |
|---|---|
| */s/ Stephanie Sasarak* | */s/ Jacob Meckler* |
| STEPHANIE SASARAK | Jacob Meckler (D.C. Bar No. 90005210) |
| Trial Attorney, Tax Division | (972) 861-2132 |
| U.S. Department of Justice | Jacob.Meckler@aflegal.org |
| P.O. Box 227 | AMERICA FIRST LEGAL FOUNDATION |
| Washington, DC  20044 | 611 Pennsylvania Avenue SE #231 |
| Telephone: (202) 307-2089 | Washington, D.C. 20003 |
| Fax: (202) 514-6866 | |
| Stephanie.A.Sasarak@usdoj.gov | *Counsel for the Plaintiff* |
| | |
| *Counsel for the Defendants* | |

## CERTIFICATE OF SERVICE

I certify that on May 14, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve counsel for the Plaintiff.

*/s/ Stephanie Sasarak*
STEPHANIE SASARAK
Trial Attorney, Tax Division
U.S. Department of Justice

4