IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE and ) <br> DEPARTMENT OF THE TREASURY, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:24-cv-01070-RMD |

**JOINT STATUS REPORT**

Pursuant to the Court's May 15, 2025 Minute Order, the parties jointly report the following:

1.   By letter dated February 21, 2023, Plaintiff submitted a Freedom of Information Act ("FOIA") request to the Department of Treasury ("Treasury") and the Internal Revenue Service "(IRS") seeking records related to tax policy actions taken in response to Executive Order 13985, signed by President Biden on January 20, 2021. The FOIA request at issue identified specific custodians and custodians identified by pay grade, as well as search terms the Plaintiff requested the Defendants use to conduct the search for any responsive records. The FOIA request is attached as Ex. 1 to the Complaint. (ECF No. 1-1).

2.   The IRS completed its release of records in February 2025 and through counsel provided the Plaintiff with information about how it conducted its search for records.

3.   Treasury made its final rolling release on or before June 30, 2025.

4.   Plaintiff is reviewing records. Once it has reviewed all records, the parties will meet and confer regarding any necessary further proceedings.

5.   The parties propose filing a joint status report on or before September 29, 2025.

Date: July 28, 2025

| | |
|---|---|
| */s/ Stephanie Sasarak* | */s/ Jacob Meckler* |
| STEPHANIE SASARAK | Jacob Meckler (D.C. Bar No. 90005210) |
| Trial Attorney, Tax Division | (972) 861-2132 |
| U.S. Department of Justice | Jacob.Meckler@aflegal.org |
| P.O. Box 227 | AMERICA FIRST LEGAL FOUNDATION |
| Washington, DC  20044 | 611 Pennsylvania Avenue SE #231 |
| Telephone: (202) 307-2089 | Washington, D.C. 20003 |
| Fax: (202) 514-6866 | |
| Stephanie.A.Sasarak@usdoj.gov | *Counsel for the Plaintiff* |
| | |
| *Counsel for the Defendants* | |

3

## CERTIFICATE OF SERVICE

I certify that on July 28, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve counsel for the Plaintiff.

> */s/ Stephanie Sasarak*
> STEPHANIE SASARAK
> Trial Attorney, Tax Division
> U.S. Department of Justice