IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICA FIRST LEGAL FOUNDATION, | ) | |
| | ) | Case No. 1:24-cv-01070-RMD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE and | ) | |
| DEPARTMENT OF THE TREASURY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, America First Legal Foundation, and defendants, the Department of Treasury

and the Internal Revenue Service, agree that no further litigation, including litigation related to

attorney fees and cost, is necessary in the above captioned Freedom of Information Act case.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree to the

dismissal of this action with prejudice.


Date: September 22, 2025


/s/ Stephanie Sasarak_____     /s/ Jacob Meckler_____
STEPHANIE SASARAK                      Jacob Meckler (D.C. Bar No. 90005210)
Trial Attorney, Tax Division                 (972) 861-2132
U.S. Department of Justice                  Jacob.Meckler@aflegal.org
P.O. Box 227                             AMERICA FIRST LEGAL FOUNDATION
Washington, DC  20044                611 Pennsylvania Avenue SE #231
Telephone: (202) 307-2089               Washington, D.C. 20003
Fax: (202) 514-6866
Stephanie.A.Sasarak@usdoj.gov         *Counsel for the Plaintiff*


*Counsel for the Defendants*


1

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on September 22, 2025, I filed the foregoing document with the Clerk of

Court using the CM/ECF system, which will serve counsel for the Plaintiff.


*/s/ Stephanie Sasarak*
STEPHANIE SASARAK
Trial Attorney, Tax Division
U.S. Department of Justice